UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 08 B 34048 |
| BRANKO KOTEVSKI, | ) | Hon. John H. Squires |
| | ) | |
| Debtor. | ) | |

### ORDER RESOLVING RECEIVER'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

This cause coming to be heard on the motion of High Ridge Partners (the "Receiver") for allowance and payment of an administrative claim (the "Motion"); debtor Branko Kotevski having objected to the Motion; the Court having set the Motion for evidentiary hearing; the parties having negotiated a resolution of the Motion; and the Court being otherwise fully advised in the matter; IT IS HEREBY ORDERED THAT:

1. The Receiver shall have an allowed administrative claim herein in the total amount of $25,000.00. The Receiver is authorized to pay such funds to "High Ridge Partners, Inc." from the funds it is holding as state court receiver for the property located at 1616 Grand Avenue in Waukegan, Illinois.

2. This Order is final order and fully resolves the Motion and the Debtor's objection to the Motion.

ENTERED:

JUL 23 2009

_____
Honorable John H. Squires